Dear Mr. Abel Acosta (C.C.A.)                     5-6-15
                                                  21,128-03
  I'm responding to the official NOTICE, that was sent to me
Clarifying, what has been sent to t Criminal Court of Appeals, for
Justification and Approval.

  Both cards of the Notices Clarify, Separate documents
Sent. One the "Supplemental Clerks record" trying to
Improvise, and send Answering the courts order, not having
Information, Pertaining to the Judges Questions, that
were Asked.

The Other Card that was sent 4/20/2015 Also, did
Clarify my Vernon 11.07 Writ of Habeas Corpus has been
received. And Presented to the honorable Courts of Criminal
Appeals. But, "did not" "Verify" my "Memorandum" of Law in
Support of my Vernons Article § 11.07 (A) Newly discovered
Evidence.

      "Please" "Send" me "Conformation", that my "Memorandum"
      of Support, was sent at the same time, that my Vernon
      Article § 11.07 Writ of Habeas Corpus was sent to (CCA).

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 11 2015
Abel Acosta, Clerk

                                  Thank you! Very Much for
                                  Yours & the honorable Courts
                                  time & Integerity!

                                  Donald Wayne
                                  Goodnight